United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60098
Summary Calendar

VILMA REYES BUSTILLO,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 134 333
--------------------

Before DUHÉ, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

Vilma Reyes Bustillo, a native and citizen of El Salvador, petitions this court for review of the Board of Immigration Appeals' affirmance of the immigration judge's denial of her applications for political asylum and withholding of deportation. Bustillo argues that the evidence was sufficient to support a finding of past persecution and a well-founded fear of persecution based on her political affiliation.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

When, as in this case, the Board of Immigration Appeals adopts without opinion the immigration judge's decision, this court reviews the immigration judge's decision. <u>Mikhael v. INS</u>, 115 F.3d 299, 302 (5th Cir. 1997). Here, the immigration judge's determination that Bustillo had not shown past persecution or a well-founded fear of future persecution if returned to El Salvador was supported by substantial evidence. <u>See</u> <u>Efe v. Ashcroft</u>, 293 F.3d 899, 903 (5th Cir. 2002); <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996). Bustillo's petition for review is DENIED.